UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:16-cv-23608-CMA

ANDRES GOMEZ,

    Plaintiff,

vs.

HOOTERS OF AMERICA, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Andres Gomez, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 8th day of September, 2016.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Jessica B. Jackler, Esq.
JACKSON LEWIS P.C.
Email:  Jessica.jackler@jacksonlewis.com
*Counsel for Defendant*

*s/ Scott R. Dinin*