UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23608-CIV-ALTONAGA/O'Sullivan

**ANDRES GOMEZ**,

      Plaintiff,
vs.

**HOOTERS OF AMERICA, LLC**,

      Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Settlement [ECF No. 14], filed on September 8, 2016. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 8th day of September, 2016.

                                                              **CECILIA M. ALTONAGA**
                                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record